UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW LONDON EAGLE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MEDMAR INC.,<br><br>Defendant. | CIVIL ACTION<br><br>NO: _____<br><br>SECTION "\_\_"<br>Honorable _____<br><br>MAGISTRATE (\_)<br>Honorable _____ |

### RULE B AFFIDAVIT PURSUANT TO LOCAL ADMIRALTY RULE 4.1

STATE OF LOUISIANA

SS.:

PARISH OF ORLEANS

T. PATRICK O'LEARY, being duly sworn, deposes and says:

1. I am a member of the Bar of this Honorable Court and a member of the firm of Frilot, L.L.C., attorneys for the plaintiff herein, New London Eagle LLC. I am familiar with the circumstances of the Verified Complaint and submit this Affidavit in support of plaintiff's request for the issuance of a writ of foreign attachment of the property of the *in personam* defendant, Medmar Inc., a company organized and existing under the laws of Turks and Caicos or some other foreign country, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, namely the bunkers onboard the M/V MAMMA MIA, which currently is or during the pendency of this action soon will be within the jurisdiction of this Honorable Court.

2. I personally did a search of the Louisiana Secretary of State, Division of Corporations, telephone assistance in Louisiana, and the internet Yellow Pages. The *in personam* defendant Medmar Inc. is neither incorporated nor registered to do business in this state.

3. In my search, I did not find any listing or reference to *in personam* defendant Medmar Inc. in this district or state.

4. In the circumstances, I believe the *in personam* defendant Medmar Inc. cannot be found within this judicial District.

5. The conditions for the issuance of a process of attachment of *in personam* defendant Medmar Inc.'s property pursuant to Admiralty Rule B exist.

_____
T. Patrick O'Leary

Sworn to before me this
13th day of September, 2019.

_____
NOTARY PUBLIC

BRANDON K. THIBODEAUX
NOTARY PUBLIC, BAR NO. 32725
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE