UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NEW LONDON EAGLE LLC,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MEDMAR INC.,<br><br>　　　　　　Defendant. | CIVIL ACTION<br><br>NO: 19-12579<br><br>SECTION "T"<br><br>JUDGE Greg G. Guidry<br><br>MAG. (3) Dana M. Douglas |

**ORDER**

Before the Court is the Plaintiff's Verified Complaint (ECF No. 1), Motion for Issuance of Writ of Foreign Attachment and Rule B Affidavit (ECF No. 2). The Court after reviewing same, including Exhibit 12 (ECF No. 1-5), finds that the grounds for issuance of a writ of foreign attachment under Supplemental Admiralty Rule B do not appear to exist on the showing made. Plaintiff has not sufficiently established for the issuance of the writ that Defendant MEDMAR, Inc. is the present charterer of the M/V MAMMA MIA (IMO No. 9846548) and that under the charter party contract Defendant is the owner of the bunkers aboard that vessel. Accordingly,

　**IT IS ORDERED** that the Motion for Issuance of Writ of Foreign Attachment be and hereby is DENIED without prejudice to Plaintiff's ability to re-file the motion after addressing the noted concerns.

　New Orleans, Louisiana, this  13th  day of September, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　GREG GERARD GUIDRY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE