UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____

| | |
|---|---|
| **NEW LONDON EAGLE LLC,** | CIVIL ACTION |
| Plaintiff, | NO: 19-12579 |
| vs. | SECTION "T" <br> Honorable Greg G. Guidry |
| **MEDMAR INC.,** | |
| Defendant. | DIVISION (3) <br> Honorable Dana Douglas |

_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, New London Eagle, LLC, hereby provides notice of the voluntary dismissal without prejudice of all claims asserted by it in the above captioned lawsuit against Defendant, Medmar, Inc., time charterer of the M/V MAMMA MIA, because of a voluntary payment made by Defendant. Pursuant to the Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff avers that no defendant has filed an answer or motion for summary judgment to Plaintiff's claims, and that dismissal may therefore be accomplished by filing of the instant Notice without need for an Order of the Court.

Respectfully submitted,

**FRILOT L.L.C.**

*/s/ T. Patrick O'Leary*
**PATRICK J. McSHANE (#19055)**
**T. PATRICK O'LEARY(#30655)**
**KOSTAS A. SMITH (#38408)**
1100 Poydras Street, Suite 3700
New Orleans, LA   70163-3700
Telephone:  504-599-8000
Facsimile:  504-599-8100
pmcshane@frilot.com
poleary@frilot.com
ksmith@frilot.com
*Attorneys for Plaintiff, New London Eagle LLC*